1  SCOTT R. DALLAS, Bar No. 250016
   LAW OFFICE OF SCOTT R. DALLAS
2  1808 Sixth Street, Berkeley, CA 94710
   Tel: 510.649.6900
3  Fax: 510.981.8202
   scott@scottdallaslaw.com
4
   Attorney for Defendants FALLANGHINA, LLC
5  dba PAISAN OSTERIA, LONGBRANCH BERKELEY,
   LLC dba LONGBRANCH SALOON, HAL BRANDEL and
6  WALTER WRIGHT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ et. al,<br><br>  Plaintiffs,<br>v.<br><br>FALLANGHINA, LLC dba PAISAN OSTERIA, LONGBRANCH BERKELEY, LLC dba LONGBRANCH SALOON, HAL BRANDEL and WALTER WRIGHT,<br><br>  Defendants. | CASE NO. 3:16-CV-01832<br><br>**NOTICE OF APPEARANCE OF SCOTT R. DALLAS AS COUNSEL FOR DEFENDANTS FALLANGHINA, LLC dba PAISAN OSTERIA, LONGBRANCH BERKELEY, LLC dba LONGBRANCH SALOON, HAL BRANDEL and WALTER WRIGHT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, SCOTT R. DALLAS, of the Law Office of Scott R. Dallas, hereby enter my appearance as counsel for Defendants FALLANGHINA, LLC dba PAISAN OSTERIA, LONGBRANCH BERKELEY, LLC dba LONGBRANCH SALOON, HAL BRANDEL and WALTER WRIGHT in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

> Law Office of Scott R. Dallas
> 1808 Sixth Street
> Berkeley, CA 94710
> Telephone: 510-649-6900
> Facsimile: 510-981-8202
> Email: scott@scottdallaslaw.com

Please serve said counsel with all pleadings and notices in this action.

DATED: May 3, 2016.

Respectfully,

SCOTT R. DALLAS


By: _____/s/ Scott R. Dallas_____
Attorney for Defendants Fallanghina, LLC dba Paisan Osteria, Longbranch Berkeley, LLC dba Longbranch Saloon, Hal Brandel and Walter Wright