| | |
|---|---|
| 1 | GARRY G. MATHIASON, Bar No. 51119 |
| | KAI-CHING CHA, Bar No. 218738 |
| 2 | DANTON W. LIANG, Bar No. 303487 |
| | LITTLER MENDELSON, P.C. |
| 3 | 333 Bush Street, 34th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:    415.433.1940 |
| | Fax No.:       415.399.8490 |
| 5 | Email: gmathiason@littler.com |
| |         kcha@littler.com |
| 6 |         dliang@littler.com |
| 7 | Attorneys for Defendants |
| | FALLANGHINA, LLC DBA PAISAN OSTERIA; |
| 8 | LONGBRANCH BERKELEY LLC; HAL |
| | BRANDEL; AND WALTER WRIGHT |
| 9 | |
| 10 | ROBERT DAVID BAKER, Bar No. 87314 |
| | ROBERT DAVID BAKER, INC. |
| 11 | 80 South White Road |
| | San Jose, CA 95127 |
| 12 | Telephone:    408.251.3400 |
| | Facsimile:    408.251.3401 |
| 13 | Email: rbaker@rdblaw.net |
| 14 | Attorney for Plaintiff |
| | JOSE GONZALEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>FALLANGHINA, LLC DBA PAISAN OSTERIA; LONGBRANCH BERKELEY LLC; HAL BRANDEL; AND WALTER WRIGHT,<br><br>                    Defendants. | Case No.  16-cv-01832-MEJ<br><br>**JOINT STIPULATION AND** AMENDED **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING RULE 26(F) REPORT, INITIAL DISCLOSURES, AND CASE MANAGEMENT STATEMENT FILING DEADLINES** |

1   WHEREAS, Plaintiff JOSE GONZALEZ ("Plaintiff") filed a First Amended
2   Complaint ("Complaint") against Defendants FALLANGHINA, LLC DBA PAISAN OSTERIA,
3   LONGBRANCH BERKELEY LLC, HAL BRANDEL, AND WALTER WRIGHT (collectively
4   "Defendants") in the Northern District of California on May 31, 2016;

5   WHEREAS, on April 11, 2016, Judge Maria-Elena James issued an Order Setting
6   Initial Case Management Conference and ADR Deadlines;

7   WHEREAS, on May 17, 2016, attorneys Garry Mathiason, Kai-Ching Cha and
8   Danton Liang filed their respective Notices of Appearance in this litigation (Doc No. 12, 16, 17), and
9   attorney Scott R. Dallas filed a Notice of Change of Counsel, withdrawing as attorney of record for
10  Defendants (Doc. No. 19).

11  WHEREAS, Judge James scheduled the Initial Case Management Conference to be
12  heard on July 7, 2016 at 10:00 a.m.;

13  WHEREAS, Judge James set the last day to file a Rule 26(f) Report, complete initial
14  disclosures or state objection in Rule 26(f) Report, and file a Joint Case Management Statement on
15  June 30, 2016 ;

16  WHEREAS, attorney Kai-Ching Cha, who will be the primary shareholder
17  representing Defendants in this litigation, is not available for the Initial Case Management
18  Conference on July 17, 2016 due to out of state travel from July 5, to July 15, 2016;

19  WHEREAS, the parties have agreed to request that the Initial Case Management
20  Conference be continued to July 21, 2016;

21  WHEREAS, the parties also seek to extend the filing deadlines for the Rule 26(f)
22  Report, initial disclosures, and Joint Case Management Statement to July 14, 2016;

23  WHEREAS, the parties' request is not made for the purpose of delay or any other
24  improper purpose.

25
26
27
28

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING RELATED FILING DEADLINES**          1.          **CASE NO. 16-cv-01832-MEJ**

1    THEREFORE, in light of the parties' agreement to reschedule the Initial Case
2 Management Conference and extend the related deadlines and in an effort to minimize costs, the
3 parties stipulate and agree as follows:
4    1.    The parties' July 7, 2016 Initial Case Management Conference shall be
5 continued to July 21, 2016;
6    2.    The parties will file the Rule 26(f) Report and Joint Case Management
7 Statement and exchange initial disclosures on or before July 14, 2016.
8    IT IS SO STIPULATED.

9 Dated: June 27, 2016                LITTLER MENDELSON, P.C.

                                     */s/ Kai-Ching Cha*
                                     KAI-CHING CHA

                                     Attorneys for Defendants
                                     FALLANGHINA, LLC DBA PAISAN
                                     OSTERIA; LONGBRANCH BERKELEY
                                     LLC; HAL BRANDEL; AND WALTER
                                     WRIGHT

Dated: June 27, 2016                 ROBERT DAVID BAKER, INC.


                                     */s/ Robert David Baker*
                                     ROBERT DAVID BAKER, ESQ.

                                     Attorney for Plaintiff
                                     JOSE GONZALEZ

AMENDED
# [PROPOSED] ORDER

Based upon the joint stipulation of both parties in the above-captioned case, and good cause appearing, it is hereby ordered that the parties' July 7, 2016 Initial Case Management Conference shall be continued to July 28, 2016. It is also hereby ordered that the parties' deadline of June 30, 2016 to file a Rule 26(f) Report and Joint Case Management Statement and exchange initial disclosures be extended to July 14, 2016.  A joint case management statement shall be filed by July 21, 2016.

**IT IS SO ORDERED.**

Dated: __June 28__, 2016

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

Firmwide:141188906.1 089340.1001

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING RELATED FILING DEADLINES

3.

CASE NO. 16-cv-01832-MEJ