UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ,<br>   Plaintiff,<br> v.<br>FALLANGHINA, LLC, et al.,<br>   Defendants. | Case No.  16-cv-01832-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on July 28, 2016. However, as the Court has recently dismissed Plaintiff's First Amended Complaint and given Plaintiff leave to amend to clarify his claims, including his class and/or collective action claims, the Case Management Conference is hereby **VACATED**.  The conference will be rescheduled, if necessary, after Plaintiff files his amended complaint and the Court can better assess the scope of Plaintiff's claims.

  **IT IS SO ORDERED.**

Dated: July 22, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge